IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3053 |
| | ) | |
| V. | ) | |
| | ) | |
| AARON WILLIAM POLK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for judgment of acquittal (filing 122) and motion for new trial (filing 123) are denied.

DATED this 17th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge